UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JENNIFER L. BLACK, | : : : | Case No. 3:13-cv-348 |
| | : | Judge Thomas M. Rose |
| Plaintiff and Relator, | : : | |
| v. | : : | |
| JEFFREY LAURITO, et al., | : : | |
| Defendants. | : | |

**ENTRY AND ORDER RESOLVING ORDER TO SHOW CAUSE (DOC. 30)**

This case is before the Court on Relator's Response (Doc. 32) to the Court's Order to Show Cause (Doc. 30). In the Response, Relator Jennifer Black explains that she did not receive service of the Court's January 10, 2018 Order, which was entered after the United States notified the Court of its decision not to intervene in the action. Relator therefore was not aware that it was her responsibility to proceed with the case. Upon review of the docket, Relator's explanation is satisfactory and the parties are instructed to proceed pursuant to the Federal Rules of Civil Procedure. The Court will schedule a preliminary pretrial conference after Defendants have filed responses to the Complaint.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, September 24, 2018.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE